**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

KEVIN MAZZARELLA, et al.,      :
    Plaintiffs,            :
                           :          CIVIL ACTION
v.                         :          NO. 14-5654
                           :
DETECTIVE MICHAEL BRADY, et al.,  :
    Defendants.           :

## <u>ORDER</u>

**AND NOW**, this __7th__ day of January, 2016, it is **ORDERED** that Defendants'

Motion for Summary Judgment (ECF No. 56) is **GRANTED in part** and **DENIED in part** as

follows:

- Summary Judgment is **GRANTED** as to Kevin Mazzarella's state law excessive

  force claim against Michael Rihl (Count III of Plaintiffs' Amended Complaint);

- Summary Judgment is **GRANTED** as to Kevin Mazzarella's Pennsylvania

  constitutional claims of assault and battery against Michael Rihl (Counts V and

  VI of Plaintiffs' Amended Complaint);

- Summary Judgment is **GRANTED** as to the Mazzarellas' state law false arrest

  claim against the Officers (Count IV of Plaintiffs' Amended Complaint);

- Summary Judgment is **DENIED** as to Kevin Mazzarella's federal excessive force

  claim against Michael Rihl (Count I of Plaintiffs' Amended Complaint); and

- Summary Judgment is **DENIED** as to Kevin Mazzarella's Pennsylvania common

  law assault and battery claims against Michael Rihl (Counts V and VI of

  Plaintiffs' Amended Complaint).

1

2

Therefore, Kevin Mazzarella's federal excessive force claim and Pennsylvania common law assault and battery claims against Michael Rihl are the only claims that remain in this action. Plaintiff Kevin Mazzarella and Defendant Michael Rihl are the only parties that remain in this action.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: