## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MAZZARELLA, et al.,  :  <br>    Plaintiffs,  :  <br>                           :  <br>v.                            :  <br>                           :  <br>DETECTIVE MICHAEL BRADY, et al.,  :  <br>    Defendants.  : | CIVIL ACTION<br>NO. 14-5654 |

### **ORDER**

**AND NOW**, this ___14th___ day of December, 2016, it is **ORDERED** that Plaintiffs' Motion to Vacate the Clerk of Court's Taxation of Costs (ECF No. 123) is GRANTED in part and DENIED in part. Costs are vacated with respect to Plaintiff Steven Mazzarella. Remaining costs are reduced to $3,000 and are taxed to Plaintiffs Kevin Mazzarella and Jeffrey Mazzarella jointly and severally.

                                                              s/Anita B. Brody

                                             _____
                                             ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to: